FILED

FEB 2 3 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TERRELL ROBERTS,<br>Defendant. | § § § § § § § § § § | CRIMINAL No.   **1:21-CR-042-LY**<br><br>**I N D I C T M E N T**<br><br>[Violation:   Count   I:   18   U.S.C.<br>§ 922(g)(1) – Possession of a Firearm by<br>a Felon] |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. § 922(g)(1)]**

On or about July 5, 2020, within the Western District of Texas, the Defendant,

**TERRELL ROBERTS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess a firearm, namely a Smith & Wesson, Model 686, .357

caliber pistol, and the firearm was in and affecting commerce, all in violation of Section 922(g)(1)

of Title 18 of the United States Code.

A TRUE BILL:

Original signed by foreperson of the Grand Jury

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
MATT HARDING
Assistant U. S. Attorney