FILED
March 03, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____kkc_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>TERRELL ROBERTS,<br>BOOKING # 2018635,<br>　　　　Defendant. | )<br>)<br>)<br>) CRIMINAL NO.: 1:21-CR-042-LY<br>)<br>)<br>)<br>) |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the ___5th___ day of _____March_____, 2021; that the Defendant is incarcerated and is now in the custody of the Travis County Correctional Complex of the Travis County Sheriff's Office, 3614 Bill Price Road, Del Valle, Texas 78610.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Travis County Sheriff's Office, commanding it to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on ___March 5___, 2021, at ___11:00___ A.M. for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

ASHELY C. HOFF
UNITED STATES ATTORNEY

By:　___/s/ Matt Harding___
Matt Harding
ASSISTANT U.S. ATTORNEY
903 San Jacinto Blvd, Suite 334
Austin, Texas  78701
(512)916-5858 (office)
(512)916-5854 (fax)