UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.   1:21-CR-042 (01) DII |
| | § | |
| TERRELL ROBERTS | § | |

**ORDER ACCEPTING AGREED MOTION FOR REVOCATION OF SUPERVISED RELEASE, RECOMMENDED DISPOSITION, AND WAIVER OF HEARING**

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause and specifically Defendant's Agreed Motion for Revocation of Supervised Release, Recommended Disposition, and Waiver of Appearance. Dkt. No. 51.  On July 23, 2021, Terrell Roberts was sentenced by United States District Judge Lee Yeakel to thirty months in custody to be followed by a three-year term of supervised release for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). Dkt. No. 34.

Mr. Roberts is before the court on an Amended Petition for Warrant or Summons for Offender Under Supervision ("the Amended Petition"), filed July 24, 2023. Dkt. No. 47.  The Amended Petition alleges violations of Mandatory Conditions No. 1-3, Standard Conditions No. 5 and 9, and two Special Conditions. *Id*.  The preliminary hearing was waived on July 24, 2023. Dkt. No. 48.  Mr. Roberts is now pending a final supervised release revocation hearing.

On August 11th, 2023, Defendant Roberts filed the Agreed Motion for Revocation of Supervised Release, Recommended Disposition, and Waiver of Hearing. Dkt. No. 51.  Based on the agreed motion, as well as the Defendant's pleas of "True" to the alleged violations, the Court finds that the Defendant wishes to waive his right to be present at his revocation hearing and wishes to waive the hearing.  The Court further finds that the parties have conferred in the case and agreed

that the appropriate resolution in this matter would be to revoke Mr. Roberts's term of supervised release, sentence Mr. Roberts to eight (8) months in custody, and impose no further supervised release term.  The Court further finds that, based on the representations made in the Agreed Motion for Revocation of Supervised Release, Recommended Disposition, and Waiver of Hearing, Defendant's counsel has fully advised Defendant of his right to a hearing and to the disclosure of evidence against him, and that Defendant wishes to waive those rights and any hearing in the case and persist with a plea of "True" to the charges that he violated the supervised release conditions as described in the Amended Petition, the Adjustment Summary, and the Agreed Motion for Revocation of Supervised Release, Recommended Disposition, and Waiver of Hearing. Dkt. No. 47, 50, 51.

IT IS THEREFORE ORDERED that the Defendant's Agreed Motion for Revocation of Supervised Release, Recommended Disposition, and Waiver of Appearance (Dkt. No. 51) is **GRANTED**.

IT IS FURTHER ORDERED that Defendant Terrell Roberts's term of supervised release is **REVOKED.**

IT IS FINALLY ORDERED that Defendant Terrell Roberts be imprisoned for **EIGHT (8) MONTHS IN CUSTODY with no term of supervised release to follow.**

SIGNED this 15th day of August 2023.

_____
UNITED STATES DISTRICT JUDGE